UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 19-23508-CIV-LENARD/REID
(CRIMINAL CASE NO.: 15-20545-CR-LENARD)



FILED BY_____D.C.
DEC 16 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

GUILLERMO A. SANCHEZ-BADIA
    PETITIONER,

V.

BRYAN K. DOBBS,
    RESPONDENT.
_____/

REC'D BY_____D.C.
DEC 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEAL

    Guillermo A. Sanchez-Badia, pro se, hereby files this notice of appeal to amended order adopting report of the magistrate judge, dismissing petition under 28 USC §2241 for writ of habeas corpus, denying certificate of appealability and closing case.

    This is timely filed once it was received on December 9, 2019 via prison mail and was timely filed via the mailbox rule on December 12, 2019. The mailbox rule states that an inmate who places a habeas petition "in the prison mail system, will be treated as having filed (the petition) on the date is given to prison authorities for mailing to the court." Price v. Philpot, 420 F.3d 1158, 1165 (10th Cir. 2005)(Citing Houston v. Lack, 487 US 266, 276, 108 S.Ct. 2379, 101 L.Ed. 2d 245 (1988).

Respectfully Submitted,

_____
Guillermo A. Sanchez-Badia
31054-016

Guillermo A. Sanchez-Badia
Register No.: 31054-016
Miami Federal Prison Camp
P.O. Box 779800
Miami, FL 33177

**USMS INSPECTED**

MIAMI FL 331

RECEIVED
DEC 16 2019
1:53 PM

Clerk
United States District Court
Room 8N09
401 N. Miami Ave.
Miami, FL 33128-7718

33128-183001